**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-7213

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

JOHN DAMON KENNEDY,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CR-02-470-AW)

---

Submitted:  January 21, 2005          Decided:  February 9, 2005

---

Before LUTTIG, WILLIAMS, and DUNCAN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

John Damon Kennedy, Appellant Pro Se.  Gina Laurie Simms, OFFICE OF
THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Damon Kennedy seeks to appeal the district court's order denying a motion to reconsider the restitution portion of Kennedy's criminal sentence. In criminal cases, the defendant must file his notice of appeal within ten days of the entry of judgment. Fed. R. App. P. 4(b)(1)(A). With or without a motion, the district court may grant an extension of time of up to thirty days upon a showing of excusable neglect or good cause. Fed. R. App. P. 4(b)(4); United States v. Reyes, 759 F.2d 351, 353 (4th Cir. 1985).

The district court entered its order on May 18, 2004; the ten-day appeal period, which excludes weekends and holidays, expired on June 2. Kennedy filed his notice of appeal after both the ten-day period and the thirty-day excusable neglect period expired. The notice of appeal is therefore untimely, and the appeal must be dismissed for lack of jurisdiction. United States v. Robinson, 361 U.S. 220, 227 (1960) (holding appeal period "mandatory and jurisdictional"). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED